UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MUSIETA SODOU-CYRILLE,

    Petitioner,

    v.                                                                                            25-CV-1260-LJV
                                                                                                      ORDER
JOSEPH FREDEN et al.,

    Respondents.
_____


The petitioner, Musieta Sodou-Cyrille, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility.  He claims that his continued detention in United States Immigration and Customs Enforcement custody violates the United States Constitution.  He seeks relief under 28 U.S.C. § 2241, Docket Item 1.

## **ORDER**

IT IS HEREBY ORDERED that within **45 days of the date of this order,** the respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that within **45 days of the date of this order,** the respondents shall file and serve, in addition to their answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days of the date of this order**, instead of their answer, the respondents may file a **motion to dismiss** the petition, accompanied by

appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall have **25 days after his receipt of the respondents' answer or motion to dismiss** to file a written reply; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a notice of electronic filing to the United States Attorney's Office, Western District of New York, at [USANYW-Immigration-Habeas@usdoj.gov](mailto:USANYW-Immigration-Habeas@usdoj.gov).

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENTS.**

SO ORDERED.

Dated:   November 25, 2025
         Buffalo, New York

                                                  */s/ Lawrence J. Vilardo*
                                            LAWRENCE J. VILARDO
                                            UNITED STATES DISTRICT JUDGE