Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

MUSIETA SODU-CYRILLE

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:25-cv-01260

v.

FREDEN, IN HIS OFFICIAL CAPACITY AS
ICE DEPUTY FIELD OFFICE DIRECTOR et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

Date: December 17, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
      Deputy Clerk